HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>        Plaintiff,<br><br>        v.<br><br>DOE 1, et al.,<br><br>        Defendants. | Case No. CV 13-7003-JFW (MANx)<br><br>**DECLARATION OF COLIN HUSSEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION BY DEFENDANT DOE 1 TO QUASH SUBPOENA ISSUED IN CENTRAL DISTRICT OF CALIFORNIA TO NEW DREAM NETWORK, LLC**<br><br>(Action pending in the Northern District of California: Case No. 13-cv-01465-JCS) |

**Declaration of Colin Hussey**         1         **DHILLON & SMITH LLP**

I, Colin Hussey, declare:

1.      I am a photographer who does business in San Francisco, California. I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto.  As to those matters stated on information and belief, I believe them to be true.

2.      In or around March 2008, Harmeet K. Dhillon commissioned me to take photographs of her in connection with her candidacy for Member of the State Assembly, District 13. It was my understanding that the photographs I took would be used by Ms. Dhillon in connection with her political activities and professional marketing efforts.

3.      In connection with this assignment, I created photographs of Ms. Dhillon, including the headshot photograph ("Headshot Photograph") that I am informed and believe was published on the website www.mungergames.net in February 2013. I transferred all rights, title and interest in and to the photographs to Ms. Dhillon.

4.      The purpose of this declaration is to describe the creative process I used in creating the Headshot Photograph for Ms. Dhillon in 2008. All of the following decisions were made by me for the purpose of creating a photograph of Ms. Dhillon that was aesthetically pleasing, would allow her intended audience to easily identify her, and would convey a message of professionalism, intelligence and compassion.

5.      I chose Union Square, San Francisco as the venue for the Headshot Photograph because it was the most presentable outdoor location in the neighborhood of Ms. Dhillon's office.

6.      I specifically chose to frame Ms. Dhillon against the speckled grey steps of Union Square in order to set off her features and highlight her face.

---

**Declaration of Colin Hussey**              2              **DHILLON & SMITH LLP**

7.  I instructed Ms. Dhillon to pose so that her face was at an angle, rather than directly facing the camera, because like most subjects, one side of her face looks better than the other.  I also chose this pose to ensure that Ms. Dhillon was not squinting into the sun.

8.  I arranged Ms. Dhillon so that she was directly facing the sun.  This allowed the light to reflect directly off of her face and prevent shadows from obscuring her features.

9.  I framed the shot in such a way so that I could crop it in a couple of ways, and also extract the subject for compositing variations in the background.

10.  I instructed Ms. Dhillon to smile in order to convey a message of approachability and trustworthiness to her intended audiences.

11.  After taking the photographs, I spent approximately 1.5 hours editing and retouching the Headshot Photograph in order to achieve the desired result.  Specifically, in addition to some retouching on the face, I extracted or separated the subject from the background, so as to be able to change backgrounds as needed.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the state of California, except for those matters stated on information and belief and I believe those matters to be true.

Date: October 8, 2013

_____
Colin Hussey

---

**Declaration of Colin Hussey**                3                **DHILLON & SMITH LLP**