Rick A. Cigel, Esq. (SBN 105424)
THE CIGEL LAW GROUP, P.C.
10866 Wilshire Blvd., Suite 400
Los Angeles, California 90024
Tel: (424) 901-8513
Fax:  (424) 901-8514

Attorneys for Defendant
DOE 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMEET K. DHILLON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOE 1, an unknown individual, and DOES 2 through 10,<br><br>　　　　　Defendants. | Case No. CV 13-7003-JFW (MANx)<br><br>(Action pending in the Northern District of California: Case No.13-cv-01465-JCS)<br><br>[~~PROPOSED~~] ORDER TO WITHDRAW SUBPOENA WITHOUT PREJUDICE AND DISMISS DOE 1's MOTION TO QUASH SUBPOENA WITHOUT PREJUDICE<br><br>Current Hearing Date: November 5, 2013<br>Time:  10:00 a.m.<br><br>Courtroom of Margaret A. Nagle, United States Magistrate Judge |

1  Pursuant to the parties' November 6, 2013 stipulation, the subpoena issued by
2  plaintiff Harmeet Dhillon on July 22, 2013 to third-party New Dream Network, LLC,
3  dba DreamHost is hereby withdrawn without prejudice and the motion to quash filed
4  by defendant Doe 1 is hereby withdrawn and dismissed without prejudice.

6  IT IS SO ORDERED.
7  Dated:  November 6, 2013

*Margaret A. Nagle*

Margaret Nagle
United States Magistrate Judge

- 2 -
[PROPOSED] ORDER TO WITHDRAW SUBPOENA AND DISMISS DOE 1's MOTION TO QUASH